AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts _____

Lawrence Zucker, on behalf of himself and all
others similarly situated,
Plaintiff,
V.
Federated Shareholder Services Company, et al.,
Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05 - 11831 NMG**

TO: (Name and address of Defendant)

John T. Conroy, Jr.
c/o **Federated Investors Inc.**
**Federated Investors Tower**
**1001 Liberty Ave., Suite 2100**
**Pittsburgh, PA 15222-3779**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey C. Block, Esq.
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Sq., 8th Fl.
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within ___ 20 ___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

SEP 08 2005

CLERK _____  DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | | DATE 10/5/05 |
| NAME OF SERVER (PRINT) CARMEN J CICCARELLI | | TITLE PROCESS SERVER |
| Check one box below to indicate appropriate method of service | | |

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): CORPORATE SERVICE BY HANDING TO MARJORIE SELLERS (ADMINISTRATOR - LEGAL DEPARTMENT) AT 1001 LIBERTY AVE PITTSBURGH PA 15222

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/5/05
              Date

Signature of Server

514 SPRINGDALE DR PITTSBURGH PA 15235
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.