UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE ZUCKER, on Behalf of Himself and all Others Similarly Situated,<br><br>      Plaintiff<br><br>  - against -<br><br>FEDERATED SHAREHOLDER SERVICES COMPANY, JOHN F. DONAHUE, J. CHRISTOPHER DONAHUE, LAWRENCE D. ELLIS, THOMAS G. BIGLEY, JOHN T. CONROY, JR., NICHOLAS P. CONSTANTAKIS, JOHN F. CUNNINGHAM, PETER E. MADDEN, CHARLES F. MANSFIELD, JR., JOHN E. MURRAY, JR., MARJORIE P. SMUTS, JOHN S. WALSH, and FEDERATED SECURITIES CORP.,<br><br>      Defendants. | Civil Action No. 05-11831-NMG<br><br>**STIPULATION AND ORDER** |

THE PARTIES HEREBY STIPULATE AND THE COURT HEREBY ORDERS THAT:

Defendants shall have through and including December 12, 2005 to move, answer or otherwise respond to the Complaint.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| LAWRENCE ZUCKER, on Behalf of Himself and all Others Similarly Situated | FEDERATED SHAREHOLDER SERVICES COMPANY, JOHN F. DONAHUE, J. CHRISTOPHER DONAHUE, LAWRENCE D. ELLIS, THOMAS G. BIGLEY, JOHN T. CONROY, JR., NICHOLAS P. CONSTANTAKIS, JOHN F. CUNNINGHAM, PETER E. MADDEN, CHARLES F. MANSFIELD, JR., JOHN E. MURRAY, JR., MARJORIE P. SMUTS, JOHN S. WALSH and FEDERATED SECURITIES CORP., |
| By his attorneys, | By their attorneys, |
| /s/ Leslie R. Stern_____ | /s/ Stuart M. Glass_____ |
| Jeffrey C. Block | James S. Dittmar (BBO#126320) |
| Leslie R. Stern | Stuart M. Glass (BBO#641466) |
| BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO | GOODWIN PROCTER LLP |
| One Liberty Square | Exchange Place |
| Boston, MA 02109 | Boston, MA 02109 |
| (617) 542-8300 | (617) 570-1000 |
| | |
| Eduard Korsinsky | |
| ZIMMERMAN LEVI & KORSINSKY, LLP | |
| 39 Broadway, Suite 1601 | |
| New York, NY | |
| (212) 363-7500 | |

| | |
|---|---|
| Dated: October 24, 2005 | SO ORDERED: |
| | _____ |
| | Nancy M. Gertner, U.S.D.J. |

LIBA/1640669.1