UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE ZUCKER, on Behalf of Himself and all Others Similarly Situated,<br><br>      Plaintiff<br><br>  - against -<br><br>FEDERATED SHAREHOLDER SERVICES COMPANY, JOHN F. DONAHUE, J. CHRISTOPHER DONAHUE, LAWRENCE D. ELLIS, THOMAS G. BIGLEY, JOHN T. CONROY, JR., NICHOLAS P. CONSTANTAKIS, JOHN F. CUNNINGHAM, PETER E. MADDEN, CHARLES F. MANSFIELD, JR., JOHN E. MURRAY, JR., MARJORIE P. SMUTS, JOHN S. WALSH, and FEDERATED SECURITIES CORP.,<br><br>      Defendants. | Civil Action No. 05-11831-NMG<br><br>**NOTICE OF APPEARANCE OF JAMES S. DITTMAR** |

     Pursuant to Local Rule 83.5.2(a), please enter the appearance of James S. Dittmar as attorney for defendants Federated Shareholder Services Company, John F. Donahue, J. Christopher Donahue, Lawrence D. Ellis, Thomas G. Bigley, John T. Conroy, Jr., Nicholas P. Constantakis, John F. Cunningham, Peter E. Madden, Charles F. Mansfield, Jr., John E. Murray, Jr., Marjorie P. Smuts, John S. Walsh and Federated Securities Corp. in the above-entitled action.

Respectfully submitted,

FEDERATED SHAREHOLDER SERVICES COMPANY, JOHN F. DONAHUE, J. CHRISTOPHER DONAHUE, LAWRENCE D. ELLIS, THOMAS G. BIGLEY, JOHN T. CONROY, JR., NICHOLAS P. CONSTANTAKIS, JOHN F. CUNNINGHAM, PETER E. MADDEN, CHARLES F. MANSFIELD, JR., JOHN E. MURRAY, JR., MARJORIE P. SMUTS, JOHN S. WALSH and FEDERATED SECURITIES CORP.,

By their attorneys,

 /s/ James S. Dittmar_____
James S. Dittmar (BBO#126320)
Stuart M. Glass (BBO#641466)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Dated: October 25, 2005

## CERTIFICATE OF SERVICE

I, Stuart M. Glass, hereby certify that on October 25, 2005, I caused a true copy of the foregoing document to be served electronically and by mail upon all counsel of record.

/s/ Stuart M. Glass_____

LIBA/1641027.1