## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE ZUCKER, on Behalf of Himself and all Others Similarly Situated, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>FEDERATED SHAREHOLDER SERVICES )<br>COMPANY, JOHN F. DONAHUE, J. )<br>CHRISTOPHER DONAHUE, LAWRENCE D. )<br>ELLIS, THOMAS G. BIGLEY, JOHN T. )<br>CONROY, JR., NICHOLAS P. CONSTANTAKIS, )<br>JOHN F. CUNNINGHAM, PETER E. MADDEN, )<br>CHARLES F. MANSFIELD, JR., JOHN E. )<br>MURRAY, JR., MARJORIE P. SMUTS, JOHN S. )<br>WALSH and FEDERATED SECURITIES CORP., )<br>)<br>Defendants. )<br>) | Case Number: 05-11831 NMG |

### DEFENDANTS' MOTION TO TRANSFER VENUE TO THE U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Defendants Federated Shareholder Services Company and Federated Securities Corp. (collectively, "Federated") and Defendants John F. Donahue, J. Christopher Donahue, Lawrence D. Ellis, Thomas G. Bigley, John T. Conroy, Jr., Nicholas P. Constantakis, John F. Cunningham, Peter E. Madden, Charles F. Mansfield, Jr., John E. Murray, Jr., Marjorie P. Smuts, John S. Walsh (collectively, the "Trustee Defendants"), respectfully move this Court for an order to transfer this case pursuant to 28 U.S.C. §§ 1404(a) and 1406(a) to the U.S. District Court for the Western District of Pennsylvania. For all the reasons set forth in the accompanying Memorandum in Support, Defendants respectfully request that such transfer be ordered.

WHEREFORE, Defendants respectfully request that this Court enter an order transferring venue to the U.S. District Court for the Western District of Pennsylvania. A proposed order is submitted with this motion.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Thomas J. Allen, on behalf of the Defendants, conferred in good faith with Eduard Korsinksy, counsel for plaintiffs, in an attempt to resolve or narrow the issues presented in this motion prior to filing, and counsel were unable to resolve or narrow the issues.

Dated:  December 2, 2005                    Respectfully submitted,

                                            /s/ Stuart M. Glass
                                           James S. Dittmar (BBO# 126320)
                                           Stuart M. Glass (BBO# 641466)
                                           GOODWIN PROCTER LLP
                                           Exchange Place
                                           53 State Street
                                           Boston, MA 02109
                                           *Attorneys for Defendants*

OF COUNSEL:
Thomas L. Allen
Perry A. Napolitano
David J. Bird
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA  15219
*Attorneys for Defendants*
*Federated Securities Corp.*
*Federated Shareholder Services Co.*

- 3 -

Robert J. Higgins
Eric A. Bensky
DICKSTEIN SHAPIRO MORIN &
OSHINSKY LLP
2101 L Street, N.W.
Washington D.C. 20037-1526
*Attorneys for Defendants other than*
*Federated Securities Corp.*
*Federated Shareholder Services Co.*

LIBA/1653088.1