## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE ZUCKER, on Behalf of Himself and all Others Similarly Situated, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>FEDERATED SHAREHOLDER SERVICES )<br>COMPANY, JOHN F. DONAHUE, J. )<br>CHRISTOPHER DONAHUE, LAWRENCE D. )<br>ELLIS, THOMAS G. BIGLEY, JOHN T. )<br>CONROY, JR., NICHOLAS P. CONSTANTAKIS, )<br>JOHN F. CUNNINGHAM, PETER E. MADDEN, )<br>CHARLES F. MANSFIELD, JR., JOHN E. )<br>MURRAY, JR., MARJORIE P. SMUTS, JOHN S. )<br>WALSH and FEDERATED SECURITIES CORP., )<br>)<br>Defendants. )<br>) | Case Number: 05-11831 NMG |

### [PROPOSED] ORDER ON DEFENDANTS' MOTION TO TRANSFER VENUE

AND NOW, this ___ day of _____, 2005, upon review of Defendants' Motion to Transfer Venue to the U.S. District Court for the Western District of Pennsylvania, IT IS ORDERED that Defendants' Motion is GRANTED.

SO ORDERED:

_____
Nathaniel M. Gorton
United States District Judge