UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE ZUCKER, on Behalf of Himself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>- against -<br><br>FEDERATED SHAREHOLDER SERVICES COMPANY, JOHN F. DONAHUE, J. CHRISTOPHER DONAHUE, LAWRENCE D. ELLIS, THOMAS G. BIGLEY, JOHN T. CONROY, JR., NICHOLAS P. CONSTANTAKIS, JOHN F. CUNNINGHAM, PETER E. MADDEN, CHARLES F. MANSFIELD, JR., JOHN E. MURRAY, JR., MARJORIE P. SMUTS, JOHN S. WALSH, and FEDERATED SECURITIES CORP.,<br><br>Defendants. | Civil Action No. 05-11831-NMG<br><br>**STIPULATION AND ORDER** |

WHEREAS, Defendants filed a Motion to Transfer Venue to the U.S. District Court for the Western District of Pennsylvania on December 2, 2005; and

WHEREAS, Plaintiff is presently considering his response to that Motion; and

WHEREAS, Defendants presently are obligated to file a motion, answer, or other response to Plaintiff's Complaint on December 12, 2005;

THE PARTIES HEREBY STIPULATE THAT: Defendants shall have through and including December 22, 2005 to move, answer or otherwise respond to the Complaint.

-2-

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| LAWRENCE ZUCKER, on Behalf of Himself and all Others Similarly Situated | FEDERATED SHAREHOLDER SERVICES COMPANY, JOHN F. DONAHUE, J. CHRISTOPHER DONAHUE, LAWRENCE D. ELLIS, THOMAS G. BIGLEY, JOHN T. CONROY, JR., NICHOLAS P. CONSTANTAKIS, JOHN F. CUNNINGHAM, PETER E. MADDEN, CHARLES F. MANSFIELD, JR., JOHN E. MURRAY, JR., MARJORIE P. SMUTS, JOHN S. WALSH and FEDERATED SECURITIES CORP., |
| By his attorneys, | By their attorneys, |
| /s/ Eduard Korsinsky | /s/ Stuart M. Glass |
| Jeffrey C. Block | James S. Dittmar (BBO#126320) |
| Leslie R. Stern | Stuart M. Glass (BBO#641466) |
| BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO | GOODWIN PROCTER LLP |
| One Liberty Square | Exchange Place |
| Boston, MA 02109 | Boston, MA 02109 |
| (617) 542-8300 | (617) 570-1000 |

Eduard Korsinsky
ZIMMERMAN LEVI & KORSINSKY, LLP
39 Broadway, Suite 1601
New York, NY
(212) 363-7500

Dated: December 8, 2005                                SO ORDERED:

_____
Nathaniel M. Gorton, U.S.D.J.

LIBA/1654636.1