UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE ZUCKER, on Behalf of Himself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FEDERATED SHAREHOLDER SERVICES COMPANY, JOHN F. DONAHUE, J. CHRISTOPHER DONAHUE, LAWRENCE D. ELLIS, THOMAS G. BIGLEY, JOHN T. CONROY, JR., NICHOLAS P. CONSTANTAKIS, JOHN F. CUNNINGHAM, PETER E. MADDEN, CHARLES F. MANSFIELD, JR., JOHN E. MURRAY, JR., MARJORIE P. SMUTS, JOHN S. WALSH and FEDERATED SECURITIES CORP.,<br><br>Defendants. | Case Number: 05-11831 NMG |

ORDER ON JOINT MOTION TO TRANSFER CASE TO UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

AND NOW, this 13th day of January, 2005, upon review of the parties' Joint Motion to Transfer Case to United States District Court for the Western District of Pennsylvania, IT IS ORDERED that:

1. The Joint Motion made by the parties to transfer this case to the Untied States District Court for the District of Pennsylvania is GRANTED.

2. Defendants need not file a motion, answer or other response to the complaint filed in this Court on September 8, 2005 until a date set by the Court in the Western District of Pennsylvania.

3.  Pursuant to 28 U.S.C. §§ 1404(a) and 1406(a), this Court transfers this case to the United States District Court for the Western District of Pennsylvania.

4.  The Court directs the Clerk of the Court to transfer this case to the United States District Court for the Western District of Pennsylvania.

SO ORDERED:

_____
Nathaniel M. Gorton
United States District Judge