

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

**TO:**

Western District of Pennsylvania

829 US Courthouse

77th and Grant Street

Pittsburgh, PA 15219

**RE:**

CIVIL ACTION #.   05-11831 NMG

CRIMINAL #.   _____

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on 1-13-2006 by the Honorable Nathaniel M. Gorton.

The following documents are included in our file and transmitted herewith:

( X )   Certified copy of the docket entries;

( x )   Certified copy of the transferral order;

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

SARAH A. THORNTON
CLERK OF COURT

Date:   2-10-2006                         By:   /s/ Elizabeth E. Sonnenberg
                                                        Deputy Clerk

cc:   Counsel, File

---

The documents listed above were received by me on _____ and assigned the following case number: _____ .

By: _____
Deputy Clerk

(Copy of Transfer Cover Letter.wpd - 3/7/2005)