1539

(RELATED TO 2:04cv352)

  

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

FILED
IN CLERK'S OFFICE

2006 MAR -2  P 1: 13

SCANNED

U.S. DISTRICT COURT
DISTRICT OF MASS

**TO:**

Western District of Pennsylvania

829 US Courthouse

77th and Grant Street

Pittsburgh, PA 15219

**RE:**

CIVIL ACTION #: 05-11831 NMG

CRIMINAL #: _____

06 024_

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on _____ 1-13-2006 _____ by the Honorable Nathaniel M. Gorton.

The following documents are included in our file and transmitted herewith:

( X )   Certified copy of the docket entries;

( x )   Certified copy of the transferral order;

I hereby certify on 2-10-06 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☒ electronically filed original filed on 2-10-06
☒ original filed in my office on 2-10-06
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: _____
Deputy Clerk

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

SARAH A. THORNTON
CLERK OF COURT

Date:  2-10-2006

By:  /s/ Elizabeth E. Sonnenberg
       Deputy Clerk

cc:  Counsel, File

---

The documents listed above were received by me on  2-24-06  and assigned the following case number: 2:06-cv-241.

By: __Susan J. Shaff__
     Deputy Clerk

(Copy of Transfer Cover Letter.wpd - 3/7/2005)